Robert A. Horowitz (RAH-2814)
**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant*
*Sears Holdings Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
LOWELL CITRON, Individually and on behalf of :
all others similarly situated,                            :
                                                          :   Civil Action No.
                                                          :   07-cv-5321 (LDW)
                          Plaintiffs,                     :
                                                          :
         -against-                                        :   **STIPULATION OF**
                                                          :   **DISMISSAL**
SEARS HOLDINGS CORPORATION,                               :
                                                          :
                          Defendant.                      :
---------------------------------------------------------- X

WHEREAS, on December 20, 2007, Plaintiff Lowell Citron ("Citron") commenced this action against Defendants Sears Holding Corporation ("Sears") by filing a Class Action Complaint with claims arising out of Sears' performance under the express limited warranty accompanying Craftsman automatic garage door openers; and

WHEREAS, Citron withdrew his Class Action Complaint after receipt of Sears' counsel's letter requesting a pre-motion conference with respect to a proposed motion to dismiss the Class Action Complaint; and

WHEREAS, on April 25, Citron filed a Class Action Amended Complaint arising out of Sears' performance under the express limited warranty accompanying Craftsman automatic garage door openers; and

WHEREAS, on June 5, 2008, Sears' counsel filed a letter requesting a pre-motion conference with respect to a proposed motion to dismiss Plaintiff's Class Action Amended Complaint; and

WHEREAS, Citron has decided to voluntarily dismiss the action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, that, pursuant to Fed. R. Civ. P. 41(a)(1), the above-entitled action be, and the same hereby is, dismissed without costs to either party.

Dated: New York, New York
June 18, 2008

PARKER WAICHMAN ALONSO LLP

By: _____
David B. Krangle (DK-8085)
111 Great Neck Road, 1st Floor
Great Neck, New York, 11201-5402
Telephone: (516) 466-6500
Fx: (516) 466-6665
Email: dkrangle@yourlawyer.com

*Attorneys for Plaintiff*
*Lowell Citron*
*individually and on behalf of all others*
*similarly situated*

GREENBERG TRAURIG, LLP

By: _____
Robert A. Horowitz (RH-2814)
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Fax: (212) 801-6400
Email: horowitzr@gtlaw.com

*Attorneys for Defendant*
*Sears Holdings Corporation*

SO ORDERED:

_____
United States District Court Judge

2